# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMIR WHITEHURST, | : | |
| | : | |
| Plaintiff, | : | No. 3:17-cv-00903 |
| | : | |
| v. | : | (Mannion, J.) |
| | : | (Saporito, M.J.) |
| LACKAWANNA COUNTY, et al. | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 20th day of April, 2018, upon consideration of the plaintiff's motion to compel discovery (Doc. 69) and his motion for attorney's fees and costs (Doc. 71), and consistent with the Memorandum docketed this date, IT IS HEREBY ORDERED as follows:

1. The plaintiff's motion to compel (Doc. 69) is GRANTED IN PART and DENIED IN PART.

    a. the motion is GRANTED with respect to Request for Production of Documents No. 3 whereby the defendants, C.C.I. and Dr. Zaloga shall produce the documents requested therein for the period beginning September 12,

2012, through the date of plaintiff's transfer from the Lackawanna County Prison to SCI-Graterford within twenty (20) days from the date of this order.

 b. the motion is DENIED with respect to Request for Production of Documents No. 7.

2. The plaintiff's motion for attorney's fees and costs (Doc. 71) is DENIED.

*s/ Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
U.S. Magistrate Judge

Dated: April 20, 2018